IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SLEP-TONE ENTERTAINMENT CORPORATION,<br><br>  Plaintiff,<br><br>v.<br><br>TINA MESSMER-KING, D/B/A ANGELSONG ENTERTAINMENT, AND 1227 MAPLE AVE INC., AN ILLINOIS CORPORATION,<br><br>  Defendants. | Case No.: 1:14-cv-9368<br><br>Hon. Judge Sharon Johnson Coleman<br>Hon. Mag. Judge Sidney I. Schenkier |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff, SLEP-TONE ENTERTAINMENT CORP., by an through its attorneys, The Law Offices of Konrad Sherinian LLC, hereby gives notice that the above captioned action is voluntarily dismissed, with prejudice, against Defendant Tina Messmer-King, D/B/A AngelSong Entertainment.

Respectfully submitted this the 13th day of April, 2015.

                 /s/ Depeng Bi

                 Depeng Bi
                 An Attorney for Plaintiff

Attorneys for Plaintiff Slep-Tone Entertainment Corp.:

Konrad Sherinian
Depeng (Edward) Bi
The Law Offices of Konrad Sherinian, LLC
1755 Park Street, Suite #200
Naperville, IL 60563
Phone: (630) 318-2606
Fax: (630) 318-2605
Email: ksherinian@sherinianlaw.net
Email: ebi@sherinianlaw.net

1

## **CERTIFICATE OF SERVICE**

      I, Depeng Bi, an attorney, hereby certify that on April 13, 2015, I served the listed documents in Case No. 14-CV-9368 (N.D. Ill.), otherwise known as *Slep-Tone Entertainment Corp. v. Tina Messmer-King et al,* by U.S. Mail, First Class, to the address of counsel for Defendant Tina Messmer-King:

VIA U.S. MAIL, FIRST CLASS

Brian T. Noack
Noack Law LLC
917 W. Washington Blvd.
Suite 232, Chicago, IL 60607
briann@wonoip.com
P 239.671.1103
F 708.843.0509

## **SERVED DOCUMENTS**

- This Certificate of Service
- Plaintiff Slep-Tone's Notice of Dismissal of Defendant Tina Messmer-King

                                  /s/ Depeng Bi
                                  Depeng Bi

Depeng Bi (ARDC No. 6305484)
**The Law Offices of Konrad Sherinian, LLC**
1755 Park Street
Suite # 200
Naperville, Illinois 60563
P: (630) 318-2606
F: (630) 318-2605
Email: ebi@sherinianlaw.net