# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6,1
### Eastern Division

Slep−Tone Entertainment Corporation
                                    Plaintiff,

v.                                  Case No.: 1:14−cv−09368
                                    Honorable Sharon Johnson Coleman

1227 Maple Ave. Inc., et al.
                                    Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Tuesday, April 14, 2015:

  MINUTE entry before the Honorable Sharon Johnson Coleman: Pursuant to FRCvP 41(a)(1)(A)(i), Plaintiff voluntarily dismisses, with prejudice, Defendant Tina Messmer−King, D/B/A AngelSong Entertainment. Tina Messmer−King terminated.Mailed notice(rth, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.